*Richard A. Fuchs,* in support of the petition.

*Donald A. Browne,* state's attorney, in opposition.

Decided September 14, 1994

LUBA HILL *v.* JAMES T. HILL

The plaintiff's petition for certification for appeal from the Appellate Court, 35 Conn. App. 160 (AC 11464), is denied.

*John R. Williams,* in support of the petition.

*Richard L. Albrecht,* in opposition.

Decided September 14, 1994

STATE OF CONNECTICUT *v.* SEAN SIERING

The defendant's petition for certification for appeal from the Appellate Court, 35 Conn. App. 173 (AC 12008), is denied.

*Kevin A. Randolph,* assistant public defender, in support of the petition.

*Leon F. Dalbec, Jr.,* assistant state's attorney, in opposition.

Decided September 14, 1994

STATE OF CONNECTICUT *v.* ROBERT WIEDL

The defendant's petition for certification for appeal from the Appellate Court, 35 Conn. App. 262 (AC 11360), is denied.

*Robert G. Golger,* in support of the petition.

Decided September 14, 1994